**95–76.** Cohen v. United Serv. Auto. Assn. *Cuyahoga County,* No. 67094. This cause is pending before the court as a discretionary appeal. On February 13, 1995, appellee filed a motion for extension of time to file a memorandum in response. Whereas there is no provision in the Supreme Court Rules of Practice permitting the filing of a motion for extension of time to file a memorandum in response, and S.Ct.Prac.R. XIV(3)(B) prohibits the filing of requests for extension not permitted by the rules,

IT IS ORDERED by the court, *sua sponte*, effective February 22, 1995, that appellee's motion for extension of time be, and is hereby, stricken.